UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                        21-cr-0359 (LAK)

JEY JAMES ROLDAN CARDENAS

        Defendant.
------------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge*.

        Given the government's representation that it has invited Major Torres Valero to travel to New York and that he has agreed to come, the defense shall be able to subpoena him to testify at trial. Accordingly, Mr. Cardenas's Rule 15 motion is denied, without prejudice to renewal subject to a change in circumstances.

        SO ORDERED.

Dated:      April 12, 2024

                                            Lewis A. Kaplan
                                      United States District Judge