```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA           :      21 Cr. 359 (LAK)

          - v. -                        :      [~~PROPOSED~~] ORDER

JEY JAMES ROLDAN CARDENAS,         :

          Defendant.              :
------------------------------------------------------------x

Upon the request of defendant JEY JAMES ROLDAN CARDENAS, by his counsel, and with good cause shown it is hereby

**ORDERED** that the Bureau of Prisons, the Metropolitan Detention Center ("MDC"), and the United States Marshal Service ("USMS") accept the following clothing for Mr. Roldan Cardenas, Register Number 27829-510, to wear for appearances at his trial commencing on May 7, 2024 and continuing thereafter:

- two (2) suit jackets;
- two (2) pairs of pants;
- five (5) button-down shirts;
- two (2) ties;
- five (5) pairs of socks;
- one (1) pair of shoes;
- one (1) belt;
- five (5) pairs of underwear; and
- five (5) white undershirts.

Dated: New York, NY
April 23, 2024

SO ORDERED:

_____
HONORABLE LEWIS A. KAPLAN
United States District Judge