USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-29-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,

        -against-                                              21-cr-0359 (LAK)

JEY JAMES ROLDAN CARDENAS

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court is in receipt of the defendant's letter motion dated April 28, 2024 (Dkt 176). The government shall file any response to defendant's letter no later than 5 p.m. on April 30, 2024.

        SO ORDERED.

Dated:        April 29, 2024

                                                    _____
                                                        Lewis A. Kaplan
                                                  United States District Judge