```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-29-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JEY JAMES ROLDAN CARDENAS,

Defendant.

S6 21 Cr. 359 (LAK)

Upon consideration of the motions and arguments submitted by the parties, and as set forth at the hearing on April 10, 2024, it is hereby **ORDERED** that the defendant, Jey James Roldan Cardenas, shall unlock his cellphone, without revealing his passcode to the government, and then immediately provide the unlocked phone to the government so that the government may execute its warrant to search the phone. The Court overrules the defendant's Fourth Amendment challenge to the search warrant and his Fifth Amendment objection to this Order.

The defendant shall unlock the phone as set forth below:

1. As soon as practicable, but no later than May 1, 2024, the United States Marshals Service shall produce the defendant to the Courthouse at 500 Pearl Street, New York, New York 10007.

2. A law enforcement officer or technician with no prior involvement in this investigation (the "Wall Agent"), in the presence of counsel to Roldan Cardenas, shall hand the cellphone to the defendant.

3. The defendant shall unlock the cellphone. The Wall Agent may observe the physical handling of the cellphone as it is being unlocked, but shall not view any passcode that may be entered (e.g., the Wall Agent may face the back of the cellphone). The defendant shall

take no action on the cellphone other than unlocking it, and shall immediately return the cellphone to the Wall Agent after it has been unlocked.

4. The Wall Agent shall examine the cellphone, in the presence of counsel to Roldan Cardenas, to confirm that the cellphone has been fully and permanently unlocked. If needed to fully and permanently unlock the cellphone, the Wall Agent shall navigate to the settings of the cellphone and attempt to permanently unlock it. The steps set forth in paragraphs 2–4 may be repeated as needed to permanently unlock the cellphone.

5. The Wall Agent shall provide the fully unlocked cellphone to the Government's prosecution team or technician for execution of the search warrant. If, during this procedure, the Wall Agent learned any portion of the defendant's passcode, the Wall Agent shall not disclose that information to any other person, absent further order of the Court.

**SO ORDERED:**

Dated: New York, New York

April 29, 2024

_____
**HONORABLE LEWIS A. KAPLAN**
United States District Judge