**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



May 7, 2024

**ECF AND ELECTRONIC MAIL**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Jey James Roldan Cardenas, S6 21 Cr. 359 (LAK)

Dear Judge Kaplan:

The Government writes to respectfully request that Elizabeth Caruso and Evan Frierson, the two certified interpreters who will be serving as translators for the Government's Spanish-speaking witnesses in the trial in the above-captioned case, be permitted to bring into the Courtroom their cellphones, on airplane mode, for the sole purpose of consulting their electronic dictionaries if doing so becomes necessary at any point in their capacity as translators.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Alexander Li
Sarah Kushner
Assistant United States Attorneys
(212) 637-2265/-2676

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ
5/8/24