UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                        21-cr-0359 (LAK)

JEY JAMES ROLDAN CARDENAS

        Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Having considered the submissions of both parties as well as the proffer notes referred to therein, which will be filed under seal, the defendant's letter motion *in limine*, dated May 7, 2024 (Dkt 187), is denied.

        SO ORDERED.

Dated:      May 8, 2024

                                                                             Lewis A. Kaplan
                                                                         United States District Judge