

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-2-24

July 1, 2024

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York

Re:    *United States v. Jey James Roldan Cardenas*, S6 21 Cr. 359 (LAK)

Dear Judge Kaplan:

On June 27, 2024, defendant Jey James Roldan Cardenas filed a motion pursuant to Federal Rule of Criminal Procedure 33 for a new trial.[1] (Dkt. 220). With the consent of the defense, the Government respectfully proposes the following responsive deadlines:

- The Government's opposition due July 31, 2024
- The defendant's reply due August 14, 2024

The defendant's sentencing is presently set for September 26, 2024 at 11:30 a.m.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _Sarah Kushner_ _____
Alexander Li
Sarah L. Kushner
Assistant United States Attorneys
(212) 637-2265/-2676

Granted.

**SO ORDERED**

_Lewis A. Kaplan_

**LEWIS A. KAPLAN, USDJ**

July 2, 2024

---

[1] The jury returned a guilty verdict on the sole count of the Superseding Indictment — cocaine importation conspiracy, in violation of 21 U.S.C. §§ 963 and 960(b)(1)(B) — on May 14, 2024.