USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-17-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JEY JAMES ROLDAN CARDENAS,

Defendant.

**ORDER**

**S6 21 Cr. 359 (LAK)**

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before a United States Magistrate Judge on May 18, 2026;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted; and

IT IS FURTHER ORDERED that the defendant's sentencing shall be held on September 17, 2026, at 11:00 a.m.

Dated:    New York, New York
          June 17, 2026

HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK