UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

United States of America,

vs. 21 CR 359 (LAK)

**Jey James Roldan Cardenas,**

Defendant.

------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/26

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

The Court having today sentenced this defendant to time served,

IT IS HEREBY ORDERED that, provided there are no outstanding detainers against the defendant **Jey James Roldan Cardenas**, this defendant is discharged from the custody of the United States Marshal immediately ~~and in accordance with any special conditions as directed by the Court~~.

DATED: September 17, 2026

Lewis A. Kaplan
United States District Judge